AO 450 (Rev. 01/09)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Wendy M. Harvey, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 5:15-1491-JMC |
| | | |
| Commissioner of the Social Security Administration | | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and this action is remanded for further administrative proceedings.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the consent motion to reversed the decision of the Commissioner and remanded this action for further administrative proceedings.

*CLERK OF COURT*

Date: December 10, 2015

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*